## MAY, TINDALL, et al. vs. WILLIAMS.

1. If an answer contains a response to any one of the material allegations of the bill, it cannot be stricken from the file, but the complainant should except to it, if he deems it insufficient.
2. A party to a suit is not compelled to employ counsel to conduct it, but has the constitutional right to appear *in propria persona.*

Error to the Chancery Court of Greene.    Tried before the
Hon. W. W. Mason.

J. B. CLARK, for plaintiffs in error.

MURPHY, for defendant.

DARGAN, C. J.—This bill was filed by Ferdinand Wil-
liams, for the purpose of enforcing a trust created by a deed
executed by Harvey Tindall, in favor of John and James
May, to secure the payment of several debts, amongst which
is the note described in the bill.    The bill was taken as confessed
against the Mays.    But Tindall answered it, and his answer
was filed the 9th of September 1845.    At the February Term
1848, on the motion of the complainant, this answer was
stricken from the file and a decree *pro confesso* rendered for
want of an answer.    A reference was then ordered to ascertain
the amount due the complainant and a final decree rendered.
No reason is assigned in the order of the chancellor for taking
the answer off the file, and we can perceive *none why it should
have been done.*    The answer cannot be considered a nullity,
(even if it could be held imperfect in any respect,) and the rule
is that if any part of the instrument, purporting to be an answer,
is entitled to the character of an answer, that is, if it be an an-
swer to any one material fact alleged in the bill, the court will
not take it off the file, but will leave the plaintiff to except to
it for insufficiency.—2 Daniel's Ch. Pr. 920.    It is true the an-
swer is not signed by counsel, but in this State every person
has the right to prosecute or defend any suit in favor of, or
against himself, either by himself or by counsel; he is not com-
pelled by law to employ counsel to conduct his suit, but may
appear himself before any court and prosecute or defend in
*propria persona.*—See Constitution of Ala. art. 1, sec. 29.

The court erred in taking the answer off the file, and the de-
cree must be reversed and the cause remanded.